# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LESLIE M. CERF,

      Petitioner

      v.

HENRY S. MCNEIL, JR.,

      Respondent

:  No. 105 EAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Donohue & Mundy did not participate in the decision of this matter.